UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
—————————————————————X

CLEMENT MICHAEL FAZIO,

                Plaintiff,

-against-

FRANCISCO FELIX (JR.)
(vehicle driver); UNITED
STATES POST OFFICE,

                Defendants.
—————————————————————X

**CIVIL JUDGMENT**
08 civ 1625 (KMW)

**SCANNED**

Pursuant to the order issued _MAR 31 2008_ by the Honorable Kimba M. Wood, Chief Judge, dismissing this action without prejudice, it is,

ORDERED, ADJUDGED AND DECREED: That the complaint be and is hereby dismissed. 28 U.S.C. § 1915(e)(2)(B)(iii). I certify pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's order would not be taken in good faith.

                                            _/s/ Wood_
                                            KIMBA M. WOOD
                                            Chief Judge

Dated:
      New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____.